FILED
December 20, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )   Case No. 2:05-cr-539 WBS
           Plaintiff,          )
                               )   ORDER FOR RELEASE OF
v.                             )   PERSON IN CUSTODY
                               )
Daniel Amos Zook,              )
                               )
           Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Daniel Amos Zook Case No. 2:05-cr-539 WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of _____

    _X_ $38,000 Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond secured by Real Property

    ___ Corporate Surety Bail Bond

    _X_ (Other) PTS conditions/supervision

Issued at Sacramento, CA on December 20, 2005 at 2:40 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge