CHRISTOPHER HAYDN-MYER, Bar #176333
1418 20th Street, First Floor
Sacramento, California 95814
Telephone: (916) 622-1703


Attorney for Defendant
DANIEL AMOS ZOOK


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S. 05-539-WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO EXTEND |
| v. ) | TIME TO POST PROPERTY BOND |
| ) | |
| DANIEL AMOS ZOOK, et al., ) | |
| ) | |
| Defendant. ) | |
| ) | Judge: Hon. Kimberly J. Mueller |
| _____ ) | |

On December 20, 2005, this Court ordered Mr. Zook released on a signature bond, with a property bond to be posted in two weeks (on January 3, 2006). Due to the holidays and the difficulty in getting the proper documentation prepared on the Pennsylvania property, the parties agree that the deadline for posting the property bond may be

\\\
\\\
\\\
\\\

extended two additional weeks, to January 17, 2006.

Dated:   December 30, 2005
                                        Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney


 /s/ Mary Grad by Chris Haydn-Myer      /s/ Chris Haydn-Myer
MARY GRAD                               CHRISTOPHER HAYDN-MYER
Assistant U.S. Attorney
Attorney for United States              Attorney for DANIEL AMOS ZOOK

**O R D E R**

**IT IS SO ORDERED.**

**Dated:**   December 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

Stip/Order re: Property Bond            2