1  CHRISTOPHER HAYDN-MYER, Bar #176333
   1418 20th Street, First Floor
2  Sacramento, California 95814
   Telephone: (916) 622-1703
3

4
   Attorney for Defendant
5  DANIEL AMOS ZOOK

6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,      ) No. Cr. S. 05-539-WBS
12                                )
              Plaintiff,          )
13                                ) STIPULATION AND ORDER TO EXTEND
       v.                         ) TIME TO POST PROPERTY BOND
14                                )
   DANIEL AMOS ZOOK, et al.,      )
15                                )
              Defendant.          )
16                                ) Judge: Hon. Kimberly J. Mueller
   _____)
17

18

19      On December 20, 2005, this Court ordered Mr. Zook released on a

20 signature bond, with a property bond to be posted in two weeks (on

21 January 3, 2006).  Due to the holidays and the difficulty in getting

22 the proper documentation prepared on the Pennsylvania property, the

23 parties agreed that the deadline for posting the property bond

24 be extended two additional weeks, to January 17, 2006.

25      Mr. Zook filed a deed of trust in Alleghney, Pennsylvania, and had

26 a copy sent by Federal Express to the Federal Court Clerk of the

27 Eastern District of California.  I have been informed that a copy was

28 received by the Court, but that the front sheet should have "Record and

Return" to the Federal Court Clerk of the Eastern District of California, and not "Record and Return" to Robert Zook. I believe this was a clerical error and Mr. Zook will correct this at the Recorder's Office in Alleghney County, Pennsylvania.

Additionally, Mr. Zook has completed property reports for the mortgages, judgments, UCC liens, domestic relations, and the taxed assessment value of the property in question, and I have delivered these reports to Assistant United States Attorney Mary Grad. However, the current appraisal is not completed, but I have been informed by Mr. Zook that the final appraisal will be completed within two weeks from today's date.

The parties respectfully request that the time for posting the property bond be extended to February 16, 2006.

Dated: January 13, 2006

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney


 /s/ Mary Grad by Chris Haydn-Myer          /s/ Chris Haydn-Myer
MARY GRAD                                   CHRISTOPHER HAYDN-MYER
Assistant U.S. Attorney
Attorney for United States                  Attorney for DANIEL AMOS ZOOK

**O R D E R**

**IT IS SO ORDERED.**

Date:  January 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Stip/Order re: Property Bond                    2